# OSBORN LAW P.C.

Daniel A. Osborn, Esq.        43 West 43rd Street, Suite 131        Email: info@osbornlawpc.com
Lindsay M. Trust, Esq.         New York, New York 10036              www.osbornlawpc.com
                               Phone: 212-725-9800
                               Facsimile: 212-500-5115



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/22
```

October 24, 2022

**VIA ECF**

Honorable Barbara Moses
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007
Telephone: (212) 805-0228

**MEMO ENDORSED**

    Re:   *Fletcher v. Commissioner of Social Security,*
             Civil Action No. 1:22-cv-02873-ER-BCM

Dear Judge Moses,

    We write on behalf of plaintiff, Keisha Natalie Fletcher, and with the consent of the defendant, to request a 45-day extension of time to file plaintiff's motion for judgment on the pleadings as per the May 9, 2022 Scheduling Order. Plaintiff's motion is due on October 24, 2022. Plaintiff respectfully requests an extension of time up to and including December 7, 2022. This is plaintiff's first request for an extension.

    The additional time is necessary because our office has several closely scheduled deadlines in social security matters and counsel believes that additional time is necessary to review the record and prepare the brief in this case.

    Subject to the approval of the Court, the parties propose the following revised briefing schedule:

        a. On **August 24, 2022**, Plaintiff served a written proposal for settlement on counsel for the Commissioner summarizing Plaintiff's strongest arguments;

Honorable Barbara Moses
October 24, 2022
Page 2

    b. On **September 23, 2022**, the Parties filed a joint letter advising the Court that the parties are unable to resolve the case and are proceeding to brief their respective positions;

    c. Plaintiff to serve her motion for judgment on the pleadings on or before **December 7, 2022**;

    d. Defendant to serve its response/cross-motion on or before **February 6, 2023**; and

    e. Plaintiff to serve her reply (if any) on or before **February 27, 2023**.

Thank you for your consideration of this request.

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:   212-725-9800
Facsimile:    212-500-5115
dosborn@osbornlawpc.com

---

Application GRANTED to the extent that plaintiff may have an extension of 30 days, to **November 23, 2022**, to file her motion for judgment on the pleadings. The Court notes that plaintiff was served with the e-CAR on July 25, 2022. Consequently, with this extension, she will have a total of 121 days to review the record and prepare the brief. The Commissioner's response and cross-motion will be due **January 23, 2023**. Plaintiff's optional reply will be due **February 14, 2023**. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
October 26, 2022