**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
KEISHA NATALIE FLETCHER,

                    Plaintiff,                   22 **CIVIL** 2873 (ER) (BCM)

    -v-                             **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated October 16, 2023, the Commissioner's motion for judgment on the pleadings is GRANTED, Fletcher's motion is DENIED, and the Commissioner's final decision is affirmed; accordingly, the case is closed.

**Dated:**  New York, New York

     October 16, 2023

                                     **RUBY J. KRAJICK**
                                  _____
                                     **Clerk of Court**

               **BY:**
                                    **Deputy Clerk**